UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVERNAZ INVESTMENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT PAWLIK; BARBARA PAWLIK,<br><br>Defendants. | No.  2:14-cv-2957 TLN DAD PS<br><br><br><br>ORDER |

By Notice of Removal filed December 22, 2014, this unlawful detainer action was removed from the Sacramento County Superior Court.  Defendants are proceeding pro se with the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On January 9, 2015, the magistrate judge filed findings and recommendations herein which  were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  The fourteen-day period has expired, and no party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

    1. The findings and recommendations filed January 9, 2015 (Dkt. No. 3) are

1

adopted in full;

2. This action is summarily remanded to the Sacramento County Superior Court;

3. And, this case is closed.

IT IS SO ORDERED.

Dated:  March 18, 2015

Troy L. Nunley
United States District Judge

2